# Exhibit 45, Part 4



# SKAT

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner  ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **4730400.00**

**Beneficial Owner**

Full name
RJM Capital Pension Plan

Full address
1010 Fifth Avenue - Suite 1D, New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*[signature]* goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: **2**

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no 34015159 | |
|---|---|---|
| SWIFT | BLZ | IBAN |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |

On reclaim please quote:-000 DK 57

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and **U.S.A.**

........................................
Date    Official stamp and signature

When signed to be forwarded to:
Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr U 30a)
06.003 ENG

---

**SKAT Fredensborg**

Bilag nr. _____ 219-A-032


# Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

## DIVIDEND CREDIT ADVICE
Issue Date: 17th April 2013, Issue No: 285

RJM Capital Pension Plan
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

Date: 17th April 2013

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 17th April 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | AP MOELLER-MAERSK A/S - B SHARES |
| Sedol: | 4253048 |
| ISIN: | DK0010244508 |
| Pay Date: | 17th April 2013 |
| No of Shares: | 10,400 |
| Gross Dividend: | DKK 12,480,000.00 |
| Tax: | DKK 3,369,600.00 |
| Net Dividend: | DKK 9,110,400.00 |

Name: Jas Bains
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of tl FCA Registration Number 566533, Company Number OC367979, VAT Registration Numb

SKAT Fredensborg

Bilag nr._____219-A-033

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059325


Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

## DIVIDEND CREDIT ADVICE
Issue Date: 17th April 2013, Issue No: 265

RJM Capital Pension Plan
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

Date: 17th April 2013

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 17th April 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | AP MOELLER-MAERSK A/S - A SHARES |
| Sedol: | 4253059 |
| ISIN: | DK0010244425 |
| Pay Date: | 17th April 2013 |
| No of Shares: | 4,200 |
| Gross Dividend: | DKK 5,040,000.00 |
| Tax: | DKK 1,360,800.00 |
| Net Dividend: | DKK 3,679,200.00 |

Name: Jas Bains
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of th
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Numb

SKAT Fredensborg

Bilag nr. _____ 219-A-034

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059326

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by <u>RJM Capital Pension Plan</u> ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____ 219-A-035

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

Executed as a deed by -

Name of pension plan:         RJM Capital Pension Plan

Acting by name(s) of:         Adam LaRosa – Authorized Representative

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. _____ 219-A-036

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059328



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM



000465

Date: March 18, 2013

Taxpayer: RJM CAPITAL PENSION PLAN
   TIN: 46-1910855
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. _____ 219-A-037

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059329



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000065
Tax Ref: 46-1910855

26 April 2013

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BDK000065**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Marie Nimmo
Operations Manager

SKAT Fredensborg

Bilag nr. ____ 219-A-038

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059330



**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 1123200.00

**Beneficial Owner**
Full name
RJM Capital Pension Plan

Full address
1010 Fifth Avenue - Suite 1D, New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 1

*(This documentation is obligatory)*

**Financial institution**
The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

34015159

Reg. no | Account no

NWBKGB2L | | IBAN GB88NWBK60730134015159
SWIFT | BLZ | IBAN

On reclaim please quote:-000 DK 65

**Certification of the competent authority**  It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and         U.S.A.

Date    Official stamp and signature

When signed to be forwarded to: **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U.20a)
06.003 ENG

SKAT Fredensborg

Bilag nr. _____ 219-A-039

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059331



Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

## DIVIDEND CREDIT ADVICE
Issue Date: 24th April 2013, Issue No: 305

RJM Capital Pension Plan
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

Date: 24th April 2013

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 24th April 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | TRYG A/S |
| Sedol: | B0LL2W7 |
| ISIN: | DK0060013274 |
| Pay Date: | 24th April 2013 |
| No of Shares: | 160,000 |
| Gross Dividend: | DKK 4,160,000.00 |
| Tax: | DKK 1,123,200.00 |
| Net Dividend: | DKK 3,036,800.00 |

..................................................
Name: Jas Bains
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of th(FCA Registration Number 566535, Company Number OC367979, VAT Registration Numbe

SKAT Fredensborg

Bilag nr. _____219-A-040_____

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059332