**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-1781
                         19-cv-1783
                         19-cv-1785
                         19-cv-1788
                         19-cv-1791
                         19-cv-1792
                         19-cv-1794
                         19-cv-1798
                         19-cv-1800
                         19-cv-1801
                         19-cv-1803
                         19-cv-1806
                         19-cv-1808
                         19-cv-1809
                         19-cv-1810
                         19-cv-1812
                         19-cv-1813
                         19-cv-1815
                         19-cv-1818
                         19-cv-1865
                         19-cv-1866
                         19-cv-1867
                         19-cv-1868
                         19-cv-1869
                         19-cv-1870
                         19-cv-1871
                         19-cv-1873
                         19-cv-1893
                         19-cv-1894
                         19-cv-1895
                         19-cv-1896
                         19-cv-1898
                         19-cv-1904
                         19-cv-1906
                         19-cv-1911
                         19-cv-1918

MASTER DOCKET

18-md-2865 (LAK)

19-cv-1922
19-cv-1924
19-cv-1926
19-cv-1928
19-cv-1929
19-cv-1930
19-cv-1931

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff

Skatteforvaltningen in the above-captioned actions and requests that a copy of all future papers

be served on the undersigned at the address below.  I certify that I am admitted to practice before

this Court.


Dated:  New York, New York
        April 23, 2019


                                        HUGHES HUBBARD & REED LLP

                                        By: _/s/ William R. Maguire_____
                                        William R. Maguire
                                        Marc A. Weinstein
                                        Sarah L. Cave
                                        Neil J. Oxford
                                        John T. McGoey
                                        Hughes Hubbard & Reed LLP
                                        One Battery Park Plaza
                                        New York, NY  10004-1482
                                        Tel.: (212) 837-6000
                                        Fax: (212) 422-4726
                                        Email: bill.maguire@hugheshubbard.com

                                        *Attorneys for Plaintiff Skatteforvaltningen*