UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re CUSTOMS AND TAX
ADMINISTRATION OF THE
KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION,

This document relates to: 1:18-cv-04434,
1:19-cv-01781-LAK, 1:19-cv-01783-LAK,
1:19-cv-01785-LAK, 1:19-cv-01788-LAK,
1:19-cv-01791-LAK, 1:19-cv-01792-LAK,
1:19-cv-01794-LAK, 1:19-cv-01798-LAK,
1:19-cv-01800-LAK, 1:19-cv-01801-LAK,
1:19-cv-01803-LAK, 1:19-cv-01806-LAK,
1:19-cv-01808-LAK, 1:19-cv-01809-LAK,
1:19-cv-01810-LAK, 1:19-cv-01812-LAK,
1:19-cv-01813-LAK, 1:19-cv-01815-LAK,
1:19-cv-01818-LAK, 1:19-cv-01869-LAK,
1:19-cv-01870-LAK, 1:19-cv-01894-LAK,
1:19-cv-01918-LAK, 1:19-cv-01922-LAK,
1:19-cv-01926-LAK, 1:19-cv-01928-LAK,
1:19-cv-01929-LAK, 1:19-cv-01931-LAK

Master Docket: 18-MD-02865(LAK)

ECF Case

## NOTICE OF APPEARANCE

Please take notice that Sean K. Mullen hereby appears as counsel for defendant Michael Ben-Jacob in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
March 4, 2020

DEWEY PEGNO & KRAMARSKY

By: _____
Sean K. Mullen
777 Third Avenue, 37th Floor
New York, NY 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325