# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office entry reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0824A0400 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YYC05 | Dell | Optiplex 7040 | 1875282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 0824A0401 | Natalia Vereninana | First Search Order - Premises | Floor | Desktop | E1YYC04 | Dell | Optiplex 7040 | 6275282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 0824A0402 | Unknown | First Search Order - Premises | Floor | Desktop | E1YYC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 0824A0404 | Utkal Tagiya | First Search Order - Premises | Floor | Desktop | E1YYC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 0824A0405 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YYC09 | Dell | Optiplex 7040 | GH75282 | Teta | ProductCode | 5072135012491317547 | 8.00 | 2018/06/28 |
| 0824A0406 | Sandesh Dhomne | First Search Order - Premises | Floor | Dongle | N/A | Dell | N/A | N/A | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 0824A0407 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YYC01 | Dell | Optiplex 7040 | 6875282 | Seagate | SSD500.MX00-1J11 | W7860TG | 500.00 | 2018/06/28 |
| 0824A0408 | Claudia | First Search Order - Premises | Floor | Laptop | E1YUT03 | Asus | UX305L | EA80C07714443H 12M | CODV18562CN | SPRNHY6GB4490 | 2000.00 | 2018/06/28 |
| 0824A0410 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAC6 | Apple | Macbook Pro | C02T23Z6GTFA | Apple | SSD | C02T013DZNAHCGX18 | 1000.00 | 2018/06/28 |
| 0824A0411 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 0824A0412 | Odiksie Majurade | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Apple | MAC All in one | C02DWR0C265GTN | Apple | SSD | SPRNH65R65235 | 1000.00 | 2018/06/28 |
| 0824A0413 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YYC02 | Dell | Optiplex 7040 | H875282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 0824A0414 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YYC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 0824A0415 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | E1YYC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 0824A0416 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EU1TE852 / EL5LPT22 | Apple | iPhone 7 Plus | C0VDL243687534 12M | N/A | N/A | N/A | 1000.00 | 2018/06/28 |
| 0824A0417 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 0824A0418 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EU1YC010 | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 0824A0419 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | Optiplex 7040 | 7475282 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 0824A0420 | Vidhya Manecooloo | First Search Order - Premises | Floor | Pen Drive | N/A | Apple | MAC All in one | C0DZ0C2SGGTN | Kingston | DTSE9 G2 | 984FDAE18E09 | 2000.00 | 2018/06/28 |
| 0824A0421 | Puja Tiwari | First Search Order - Premises | HR Room | Desktop | EQU-MAC3 | Apple | MAC All in one | C02DZ0C2SGGTN | Apple | SSD | SPRNHY6GB37310 | 240.00 | 2018/07/01 |
| 0824A0424 | Natalia Vereninana | First Search Order - Premises | Mr. Shah's | Desktop | E1YYC07 | Dell | Optiplex 7040 | 4875282 | Sandisk | SSD | 154734402403 | 4.70 | 2018/06/28 |
| 0824A0424 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | N/A | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 240.00 | 2018/06/28 |
| 0824A0425 | Waiilanwar | First Search Order - Premises | Floor | DVD | N/A | Dell | Optiplex 7040 | 8G75282 | Sandisk | DVD-R | 154976403825 | 120.00 | 2018/06/28 |
| 0824A0426 | Natalia Vereninana | First Search Order - Premises | Floor | Laptop | E1YUT15 | Sony | VAIO / SVP132A1CM | 54626038-0003061 / Service | N/A | SSD | 535YHY40U23861 | N/A | 2018/06/28 |
| 0824A0427 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | iMac | N/A | N/A | N/A | N/A | 2000.00 | 2018/07/01, 2018/07/03 |
| 0824A0427 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC All in one | C02DW2U R6G7N | C02HY1A8D10D1 | Hitachi / App HDD | 1260051HHZP1C | 500.00 | 2018/07/01 |
| 0824A0428 | Unknown | First Search Order - Premises | Storage Cabinet | Desktop | N/A | Apple | MAC Mini | C02HY1P701011 | Toshiba | HDD | 1233V6SRT | 500.00 | 2018/07/01 |
| 0824A0430 | Unknown | First Search Order - Premises | Storage Cabinet | Desktop | N/A | Apple | MAC Mini | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 0824A0432 | Sanjay Shah | First Search Order - Premises | Storage Cabinet | DVD | N/A | Asus | UX305L | EA80C07710 3N19 12M | Seagate | SSD500.MX00-1J11 | W7860GWC | 500.00 | 2018/07/01 |
| 0824A0434 | Unknown | First Search Order - Premises | Storage Cat Laptop | Laptop | E1YUT09 | Asus | UX305L | EA80C07714808G0 12M | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824A0435 | Waiilanwar | First Search Order - Premises | Storage Cat Laptop | Laptop | E1YUT08 | Apple | Macbook Pro - A1707 | C0DZLC3G7FM | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 0824A0440 | Natalia Vereninana | First Search Order / UK | - | Network Share | admin@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 0824A0441 | Unknown | First Search Order - Premises | - | Network Share | asset@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824A0441 | Unknown | First Search Order - Premises | - | Network Share | catchall@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 0824A0441 | Sanjay Shah | First Search Order - Premises | - | Network Share | ceo@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 0824A0441 | Unknown | First Search Order - Premises | - | Network Share | cfo@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 0824A0441 | Sandesh Dhomne | First Search Order - Premises | - | Network Share | consultant@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 0824A0441 | Usha Shah | First Search Order - Premises | - | Network Share | director@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 0824A0441 | Sandesh Dhomne | First Search Order - Premises | - | Network Share | fd@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 0824A0441 | Rashmi / Yothia / Mak | First Search Order - Premises | - | Network Share | Finance@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 0824A0441 | Waiilanwar | First Search Order - Premises | - | Network Share | IT@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 0824A0441 | Unknown | First Search Order - Premises | - | Network Share | HR@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 0824A0441 | Stephania Paun / UN | First Search Order - Premises | - | Network Share | Legal@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.12 | 2018/07/02 |
| 0824A0443 | Unknown | First Search Order - Premises | Floor | Laptop | E1YLT06 | Asus | UX305L | F19DC11556905A 12M | HGST | HDD | 50A000SSG9NTBK | 1000.00 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | od@elyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/10 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 0824A0443 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D8246A43 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D8246A44 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D8246A44 | Multiple | First Search Order - Premises | · | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D8246A44 | Unknown | First Search Order - Premises | · | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| D8246A45 | Unknown | First Search Order - Premises | · | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXB1A75EZXLI | 1000.00 | 2018/08/17 |
| D8246A46 | Unknown | First Search Order - Premises | · | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E6S26K07 | 3000.00 | 2018/07/17 (Failed) |
| D8246A47 | Unknown | First Search Order - Premises | · | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WX01A55XCCP1E | 1000.00 | 2018/07/25 |
| D8246A48 | Sanjay Shah | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D8246A48 | Mark Fernandes | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D8246A48 | Usha Shah | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D8246A48 | Sandesh Dhomme | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D8246A48 | Wail Anwar | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D8246A48 | Unknown_Admin | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D8246A48 | Unknown_Asset | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D8246A48 | Unknown_Catchall | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D8246A48 | Unknown_CFO | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D8246A48 | Unknown_Finance | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D8246A48 | Unknown_HR | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D8246A48 | Unknown_Legal | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D8246A48 | Unknown_QO | Remote Server Collection | · | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D8246A49 | Sanjay Shah | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D8246A49 | Mark Fernandes | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D8246A49 | Usha Shah | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D8246A49 | Sandesh Dhomme | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D8246A49 | Wail Anwar | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D8246A49 | Unknown_Admin | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D8246A49 | Unknown_Asset | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.97 | 2018/09/25 |
| D8246A49 | Unknown_Catchall | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D8246A49 | Unknown_CFO | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D8246A49 | Unknown_Finance | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D8246A49 | Unknown_HR | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.49 | 2018/09/25 |
| D8246A49 | Unknown_Legal | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D8246A49 | Unknown_QO | Remote Server Collection | · | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D8246D01 | Philip Punwar | Provided by Legal Counsel | · | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D82460O2 | Multiple | First Search Order - Premises | · | Backup and BIOS Cloud data & VIM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D82460O1 | Multiple | Remote Server Collection | · | DociCall DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D82460V2 | Multiple | Remote Server Collection | · | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D82460V3 | Multiple | Remote Server Collection | · | Sage Server (ely-sageserv.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D82460V4 | Multiple | Remote Server Collection | · | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**