UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to:        Trial 1 Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-25

18-md-2865 (LAK)

## ORDER CORRECTING TYPOGRAPHICAL
## ERROR IN MEMO ENDORSEMENT (Dkt 1120)

LEWIS A. KAPLAN, *District Judge.*

       The first word of the memorandum endorsement filed as Dkt 1120 is stricken and replaced with the word "Plaintiff".

       SO ORDERED.

Dated:        January 6, 2025

            /s/        Lewis A. Kaplan
_____
                Lewis A. Kaplan
           United States District Judge