**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-25

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos.:
18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713.

MASTER DOCKET

18-md-2865 (LAK)

## ~~PROPOSED~~ JOINT STIPULATION REGARDING THE HANDLING OF ELECTRONIC EXHIBITS

Plaintiff Skatteforvaltningen ("SKAT") and Defendants respectfully submit the following proposed joint stipulation regarding the handling of electronic exhibits:

1. During trial, SKAT will provide a clean, dedicated laptop that will be the official depository of all admitted exhibits (the "Depository Laptop"). The hard drive of the Depository Laptop will have two folders: (i) a folder for SKAT's Admitted Exhibits, and (ii) a folder for Defendants' Admitted Exhibits.

2. At the end of each trial day, one representative from SKAT and one representative for Defendants will meet and confirm the exhibits the Court admitted from each side's exhibit list that trial day. Once the admitted exhibits are agreed upon, they will be marked by the relevant party representative with a "P," signifying plaintiff's counsel's

consent, and a "D," signifying defense counsel's consent (the "Agreed Admitted Exhibits"). The Agreed Admitted Exhibits will then be uploaded on a daily basis to a file share site agreed to by the parties and saved as secure, read-only file formats (whether .pdf or .xlsx) into separate folders: (i) a folder for SKAT's Agreed Admitted Exhibits, and (ii) a folder for Defendants' Agreed Admitted Exhibits.

3. Separately, at the end of each trial day, one representative from SKAT and one representative for Defendants will meet and confirm the exhibits that were marked for identification but were not admitted (the "Non-Admitted Exhibits"). The Non-Admitted Exhibits will then be uploaded on a daily basis to a file share site agreed to by the parties and saved as secure, read-only file formats (whether .pdf or .xlsx) into separate folders for Non-Admitted Exhibits.

4. The parties shall provide the Court with credentials for the Judge and four of the Court's clerks, each of whom will have unlimited access to the file share site. Counsel for the parties agree that they will not review any metadata concerning the Court's accessing of the file share site.

5. At the end of each trial week, the party representatives will meet and download the Agreed Admitted Exhibits from the file share site onto the clean laptop as secure, read-only file formats (whether .pdf or .xlsx) and place them in the appropriate folders. The Depository Laptop will be provided to the Jury during deliberation.

6. The Depository Laptop will be maintained by Plaintiff's counsel throughout the duration of Trial One. Other than for purposes of downloading Agreed Admitted Exhibits to the Depositary Laptop or providing the Depository Laptop to the Court for jury deliberations, Plaintiff's counsel will maintain the Depositary Laptop in a secured, locked location at Hughes Hubbard and Reed's offices.

7.       The party representatives will also download a copy of the Agreed Admitted Exhibits and the Non-Admitted Exhibits onto an external storage device, which will be provided to the Court at the close of evidence. For the avoidance of doubt, the Depository Laptop will not be counted as one of SKAT's or the Defendants permitted General Purpose Computing Devices.

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Peter G. Neiman
    Peter G. Neiman
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone : (212) 230-8800
Peter.Neiman@wilmerhale.com

*Counsel for Defendants Richard Markowitz and Jocelyn Markowitz*

By: /s/ Sharon L. McCarthy
    Sharon L. McCarthy
Kostelanetz LLP
7 World Trade Center, 34th Floor
New York, New York 10007
Telephone: (212) 840-6866
smccarthy@kostelanetz.com

*Counsel for Defendants John van Merkensteijn III and Elizabeth van Merkenteijn*

By: /s/ David L. Goldberg
    David L. Goldberg
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-6787
david.goldberg@katten.com

*Counsel for Defendant Robert Klugman*

SO ORDERED

_____
LEWIS A. KAPLAN
1/8/25

3