# Exhibit 9

**Bright, Carl**

| | |
|---|---|
| **From:** | Matthew Stein <mstein@argremgt.com> |
| **Sent:** | Friday, October 12, 2012 11:10 AM |
| **To:** | Ben-Jacob, Michael |
| **Cc:** | Richard Markowitz; John H. van Merkensteijn, III; Jérôme  LHOTE; Adam Larosa |
| **Subject:** | FW: Tax Reclaim Advisory Services Agreements |
| **Attachments:** | 7.  Tax Reclaim Advisory Services Agreement - California Catalog Company Pension Plan.doc; 7.  Tax Reclaim Advisory Services Agreement - Michelle Investments Pension Plan Trust.doc; 7.  Tax Reclaim Advisory Services Agreement - Xiphias LLC Trust.doc; 7.  Tax Reclaim Advisory Services Agreement - Lion Advisory Inc Pension Plan.doc; 7.  Tax Reclaim Advisory Services Agreement - Mill River Capital Management Pension Plan.doc; 7.  Tax Reclaim Advisory Services Agreement - Delvian LLC Pension Plan.doc |

Michael,

Please forward to Woody

**From:** Raj Shah [mailto:Raj.Shah@solo.com]
**Sent:** Friday, October 12, 2012 8:04 AM
**To:** Matthew Stein
**Cc:** Graham Horn; Sanjay Shah
**Subject:** Tax Reclaim Advisory Services Agreements

Hi Matt,

Attached are the agreements under which our Cayman entity, Ganymede Cayman Limited, will recover fees.

We have used the same agreement for all other clients. Nothing controversial.

If acceptable then we will sign and issue invoices as appropriate.

Kind regards,
Raj

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

1

DEFENDANTS'
EXHIBIT
**DX6030**

Case No:18-MD-2865 (LAK)

CONFIDENTIAL

**WH_MDL_00275556**